UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NATHAN LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3088** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION "F" (4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lewis's § 1983 claim against the State of Louisiana is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e for lack of jurisdiction.

**IT IS FURTHER ORDERED** that Lewis's § 1983 claim against the Louisiana Fifth Circuit Court of Appeal is **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim for which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A be cause the court is not a suable entity.

**IT IS FURTHER ORDERED** that Lewis's § 1983 claims against Judge Edward A. Dufresne, Jr., Judge Thomas J. Kliebert, Judge James L. Canella, and Judge Marion F. Edwards is **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be

granted, and otherwise for seeking relief against an immune defendant pursuant 28 U.S.C. §§ 1915 and 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this \_\_\_\_6TH\_\_\_\_ day of \_\_\_\_Sept._____, 2011.

_____
UNITED STATES DISTRICT JUDGE

2